| | |
|---|---|
| RICHARD B. GOETZ (S.B. #115666)<br>rgoetz@omm.com<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone:   (213) 430-6000<br>Facsimile:   (213) 430-6407<br><br>MATTHEW D. POWERS (S.B. #212682)<br>mpowers@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA  94111-3823<br>Telephone:   (415) 984-8700<br>Facsimile:   (415) 984-8701<br><br>Attorneys for Defendant<br>APPLE INC. | ADAM J. LEVITT<br>alevitt@gelaw.com<br>EDMUND S. ARONOWITZ<br>earonowitz@gelaw.com<br>GRANT & EISENHOFFER P.A.<br>30 North LaSalle Street, Suite 1200<br>Chicago, IL 60602<br>Telephone:   (312) 214-0000<br>Facsimile:   (312) 214-0001<br><br>TODD C. ATKINS<br>tatkins@siprut.com<br>SIPRUT PC<br>701 B Street, Suite 1170<br>San Diego, CA92101<br>Telephone     (619) 255-2380<br><br>Attorneys for Plaintiff<br>BEAU HODGES |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEAU HODGES, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>               Defendant. | Case No.  C 13-1128 LB<br><br>**JOINT STIPULATION UNDER L.R. 6-1(a) EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:   March 13, 2013<br>Trial Date:        None set |

WHEREAS, Plaintiff Beau Hodges ("Plaintiff") filed his Complaint in the above-entitled action on March 13, 2013;

WHEREAS, Plaintiff served the summons and Complaint on Defendant Apple Inc. ("Defendant") on March 19, 2013;

WHEREAS, Defendant's response is currently due on or before April 9, 2013;

WHEREAS, Plaintiff's counsel has agreed to extend the deadline by which Defendant must answer or otherwise respond to the Complaint by thirty (30) days;

1

1       WHEREAS, under this agreement, Defendant's new deadline to answer or otherwise respond to the Complaint would be May 9, 2013;

      WHEREAS, this change will not alter the date of any event or any deadline already fixed by Court order;

      NOW, THEREFORE, pursuant to Rule 6-1(a) of the Local Civil Rules of the United States District Court for the Northern District of California, it is hereby stipulated by and among Plaintiff and Defendant and through their counsel of record that Defendant Apple Inc. shall have an additional thirty (30) days, until May 9, 2013, in which to answer or otherwise respond to the Complaint.

      IT IS SO STIPULATED.

Dated: March 28, 2013

RICHARD B. GOETZ
MATTHEW D. POWERS
O'MELVENY & MYERS LLP

By: /s/ Matthew D. Powers
      Matthew D. Powers

Attorneys for Defendant
APPLE INC.

Dated: March 28, 2013

ADAM J. LEVITT
EDMUND S. ARONWITZ
GRANT & EISENHOFER P.A.

By: /s/ Adam J. Levitt
      Adam J. Levitt

TODD C. ATKINS
JOSEPH J. SIPRUT
SIPRUT PC

Attorneys for Plaintiff
BEAU HODGES

**ATTESTATION OF FILING**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Matthew D. Powers, hereby attest that concurrence in the filing of this Joint Stipulation Under L.R. 6-1(a) Extending Defendant's Time to Respond to Complaint has been obtained from Adam Levitt with conformed signatures above.

Dated: March 28, 2013　　　　　　　　By: /s/ Matthew D. Powers
　　　　　　　　　　　　　　　　　　　　Matthew D. Powers
　　　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　　　Two Embarcadero Center, 28th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　　　Telephone: (415) 984-8700
　　　　　　　　　　　　　　　　　　　　Facsimile: (415) 984-8701