| | |
|---|---|
| RICHARD B. GOETZ (S.B. #115666)<br>rgoetz@omm.com<br>KELSEY M. LARSON (S.B. #267982)<br>klarson@omm.com<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone:   (213) 430-6000<br>Facsimile:   (213) 430-6407 | ADAM J. LEVITT<br>alevitt@gelaw.com<br>EDMUND S. ARONOWITZ<br>earonowitz@gelaw.com<br>GRANT & EISENHOFER P.A.<br>30 North LaSalle Street, Suite 1200<br>Chicago, IL 60602<br>Telephone:   (312) 214-0000<br>Facsimile:   (312) 214-0001 |
| MATTHEW D. POWERS (S.B. #212682)<br>mpowers@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA  94111-3823<br>Telephone:   (415) 984-8700<br>Facsimile:   (415) 984-8701 | TODD C. ATKINS<br>tatkins@siprut.com<br>SIPRUT PC<br>701 B Street, Suite 1170<br>San Diego, CA  92101<br>Telephone    (619) 255-2380 |
| Attorneys for Defendant<br>APPLE INC. | Attorneys for Plaintiff<br>BEAU HODGES |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BEAU HODGES, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No.  3:13-CV1128-EMC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION UNDER L.R. 6-2 SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS AND/OR TO STRIKE**<br><br>Hearing Date:   August 8, 2013<br>Time:                1:30 p.m.<br>Judge:               Hon. Edward M. Chen<br>Courtroom:       5 |

The Court having considered the Joint Stipulation Under L.R. 6-2 Setting Briefing Schedule for Defendant's Motion to Dismiss and/or to Strike ("Motion") submitted by the parties, and good cause appearing:

1. The Stipulation is approved;
2. Plaintiff's Opposition to the Motion shall be filed on or before July 2, 2013; and
3. Apple's Reply to the Motion shall be filed on or before July 25, 2013.

**IT IS SO ORDERED.**

DATED: 5/24/13 _____

_____
Hon. Edward M. Chen
UNITED STATES DISTRICT JUDGE

