Adam J. Levitt*
*alevitt@gelaw.com*
Edmund S. Aronowitz*
*earonowitz@gelaw.com*
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Tel: 312-214-0000
Fax: 312-214-0001

Joseph J. Siprut*
*jsiprut@siprut.com*
Gregg M. Barbakoff*
*gbarbakoff@siprut.com*
**SIPRUT PC**
17 North State Street, Suite 1600
Chicago, Illinois 60602
Tel: 312-236-0000
Fax: 312-948-9212

Todd C. Atkins
*tatkins@siprut.com*
**SIPRUT PC**
701 B Street, Suite 1170
San Diego, California 92101
Tel: 619-255-2380

*Attorneys for Plaintiff and the Proposed Class*
* Admitted to Practice *Pro Hac Vice*

Matthew Powers
*mpowers@omm.com*
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel: 415-984-8701

*Attorney for Defendant Apple Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

BEAU HODGES, on behalf of himself and all others similarly situated,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 13-cv-01128-WHO

**CLASS ACTION**

STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the

undersigned parties to this action, and pursuant to Local Rules 6-1(b), 6-2, and 7-12, as follows:

1. On August 12, 2013, this Honorable Court ordered Plaintiff Hodges "to file any amended complaint no later than 30 days from the date" of its Order Granting Apple's Motion to Dismiss With Leave to Amend and Motion to Strike With Leave to Amend, which would be September 11, 2013. *See* Dkt. No. 40.
2. The time for Plaintiff Hodges to file any amended complaint is extended by two weeks to September 25, 2013.
3. The reasons for this requested extension of time to file an amended complaint are to accommodate Plaintiffs' counsel's schedule and to allow the parties additional time to meet and confer regarding the litigation, including preparing for private mediation.
4. There have been no previous time modifications requested in this case.
5. The requested time modification will not have an effect on the overall case schedule.

Dated: September 6, 2013

Respectfully submitted,

BEAU HODGES, individually and on behalf of all others similarly situated

By: /s/ Adam J. Levitt

Adam J. Levitt*
*alevitt@gelaw.com*
Edmund S. Aronowitz*
*earonowitz@gelaw.com*
**GRANT & EISENHOFER P.A**
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Tel: 312-214-0000
Fax: 312-214-0001

Joseph J. Siprut*
*jsiprut@siprut.com*
Gregg M. Barbakoff*
*gbarbakoff@siprut.com*
**SIPRUT PC**
North State Street, Suite 1600

Respectfully submitted,

APPLE INC.

By: /s/ Matthew Powers

Matthew Powers
*mpowers@omm.com*
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
28th Floor
San Francisco, California 94111
Tel: 415-984-8701

*Attorney for Defendant Apple Inc.*

Chicago, Illinois 60602
Tel: 312-236-0000
Fax: 312-948-9212

Todd C. Atkins
*tatkins@siprut.com*
**SIPRUT PC**
701 B Street, Suite 1170
San Diego, California 92101
Tel: 619-255-2380

*Attorneys for Plaintiff and the Proposed Class*

* Admitted to Practice *Pro Hac Vice*

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: September 11, 2013

HONORABLE WILLIAM H. ORRICK
United States District Judge

## DECLARATION REGARDING CONCURRENCE

I, Adam J. Levitt, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT. In compliance with Local Rule 5-1(i)(3), I hereby attest that Matthew Powers has concurred in this filing.

Dated: September 6, 2013

GRANT & EISENHOFER P.A.

By: /s/ Adam J. Levitt