RICHARD B. GOETZ (S.B. #115666)
rgoetz@omm.com
KELSEY M. LARSON (S.B. #267982)
klarson@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
APPLE INC.

ADAM J. LEVITT
alevitt@gelaw.com
EDMUND S. ARONOWITZ
earonowitz@gelaw.com
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, IL 60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001

TODD C. ATKINS
tatkins@siprut.com
SIPRUT PC
701 B Street, Suite 1170
San Diego, CA 92101
Telephone (619) 255-2380

Attorneys for Plaintiff
BEAU HODGES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

BEAU HODGES, on behalf of himself and all others similarly situated,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 3:13-CV-1128-WHO

**JOINT STIPULATION AND ORDER TO EXTEND MEDIATION DEADLINE AND SET BRIEFING SCHEDULING FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT UNDER L.R. 6-2**

Complaint Filed: March 13, 2013
Trial Date: None set

WHEREAS, the Court's August 12, 2013 Order granted Defendant Apple's Motion to Dismiss and Motion to Strike with leave to amend;

WHEREAS, Plaintiff Beau Hodges ("Plaintiff") filed his Second Amended Complaint in the above-entitled action on September 25, 2013;

WHEREAS, the current deadline for completing private mediation, as set by the Court's June 24, 2013 Order, is October 7, 2013;

WHEREAS, the Parties have selected the Honorable Edward A. Panelli (Ret.) of JAMS as the private mediator for the upcoming mediation;

WHEREAS, the next date on Justice Panelli's calendar when the Parties are jointly available is November 6, 2013, and the Parties have agreed to conduct the mediation on November 6;

WHEREAS, the parties have agreed to a briefing schedule for Apple's contemplated motion to dismiss the Second Amended Complaint ("Motion"), as follows: (1) Apple shall file its Motion on or before October 16, 2013; (2) Plaintiff shall file any opposition to the Motion on or before November 11, 2013; (3) Apple shall file any reply to the Motion on or before November 20, 2013; and (4) Apple will notice the hearing on the Motion for December 4, 2013.

WHEREAS, although the parties have agreed to the above briefing schedule, Plaintiff believes that any dismissal motion practice should be deferred until after the November 6, 2013 mediation session, and therefore Plaintiff reserves its rights to seek to stay any such briefing until after the mediation;

WHEREAS, this stipulation does not constitute any waiver of Plaintiff's rights to seek to stay any dismissal motion practice until after the mediation session;

WHEREAS, although the parties have agreed to the above briefing schedule, Plaintiff believes that any such motion practice should be deferred until after the November 6, 2013 mediation session, and therefore Plaintiff reserves the right to seek to stay any such briefing or extend the briefing schedule until after the mediation;

WHEREAS, the parties agree that this stipulation does not waive or otherwise impact Plaintiff's right to seek to stay any motion practice or extend the briefing schedule until after the mediation session in any way;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel of record, to extend the deadline to complete private mediation until November 7, 2013. Furthermore, it is hereby stipulated by and among Plaintiff and Defendant and through their counsel of record that Apple shall have until October 16, 2013 to file its Motion, Plaintiff shall have until November 11, 2013, to file any opposition to the Motion, Apple shall have until November 20, 2013, to file any reply to the Motion, and Apple will notice the hearing on its Motion for December 4, 2013.

IT IS SO STIPULATED.

Dated: October 7, 2013

RICHARD B. GOETZ
MATTHEW D. POWERS
O'MELVENY & MYERS LLP

By: /s/ Matthew D. Powers
Matthew D. Powers

Attorneys for Defendant
APPLE INC.

Dated: October 7, 2013

ADAM J. LEVITT
EDMUND S. ARONWITZ
GRANT & EISENHOFER P.A.

TODD C. ATKINS
JOSEPH J. SIPRUT
SIPRUT PC

By: /s/ Adam J. Levitt
Adam J. Levitt

Attorneys for Plaintiff
BEAU HODGES

## ATTESTATION OF FILING

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Matthew D. Powers, hereby attest that concurrence in the filing of this Joint Stipulation and [Proposed] Order to Extend Mediation Deadline and Set Briefing Schedule for Motion to Dismiss Second Amended Complaint under L.R. 6-2 has been obtained from Adam Levitt with conformed signatures above.

Dated: October 7, 2013

By: /s/ Matthew D. Powers
Matthew D. Powers
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

**ORDER**

The Court having considered the Joint Stipulation and Order to Extend Mediation Deadline and Set Briefing Schedule for Motion to Dismiss Second Amended Complaint under L.R. 6-2 submitted by the parties, and good cause appearing:

1. The Stipulation is approved;
2. The parties shall have until November 7, 2013, to complete private mediation;
3. Apple shall have until October 16, 2013, to file its Motion to Dismiss Second Amended Complaint or otherwise respond to the Second Amended Complaint (the "Motion");
4. Plaintiff shall have until November 11, 2013, to file any opposition to the Motion;
5. Apple shall have until November 20, 2013, to file any reply to the Motion;
6. Apple shall notice the hearing on its Motion for December 4, 2013; and
7. This Order is without waiver of Plaintiff's rights to seek to stay the above briefing schedule until after completion of the mediation session.

**IT IS SO ORDERED.**

DATED: October 9, 2013

Hon. William H. Orrick
UNITED STATES DISTRICT JUDGE