UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAU HODGES,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 13-cv-01128-WHO<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 39, , 50 |

Given the mediation scheduled on November 6, 2013, and motion to dismiss scheduled on December 4, 2013, the Court continues the Case Management Conference scheduled on November 5, 2013 until December 4, 2013, to occur after argument on the motion to dismiss.

**IT IS SO ORDERED**.

Dated: November 1, 2013

WILLIAM H. ORRICK
United States District Judge