UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 25 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BEAU HODGES, on behalf of himself and all others similarly situated,

        Plaintiff - Appellant,

 v.

APPLE INC.,

        Defendant - Appellee.

No. 14-15106

D.C. No. 3:13-cv-01128-WHO
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered February 22, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $90.40.

        FOR THE COURT:
        Molly C. Dwyer
        Clerk of Court

        Craig Westbrooke
        Deputy Clerk